NATIONAL WALL PAPER CO., Respondent, v. ASSOCIATED MFRS.' MUT. FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1902.) Action by the National Wall Paper Company against the Associated Manufactur-

ers' Mutual Fire Insurance Company. A. C. Shenstone, for appellant. L. Marshall, for respondent. No opinion. Judgment affirmed, with costs. See 70 N. Y. Supp. 124; 73 N. Y. Supp. 1142.